IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DE'ANNA CALIGUIRI, ET AL., )
    Plaintiffs, )
)
        v. ) Civil Action No. 07-1133
)
CITY OF PITTSBURGH, ET AL., )
    Defendants. )

ORDER

AND NOW, this 24th day of April, 2009, IT IS HEREBY ORDERED that the parties shall proceed as follows:

1) Plaintiffs' pretrial narrative statement shall comply with Local Rule 16.1.4.A. and shall now be filed by May 1, 2009;

2) Defendant's pretrial narrative statement shall comply with Local Rule 16.1.4.B. and shall now be filed by June 1, 2009;

3) All other aspects of the Court's Final Scheduling Order of December 26, 2008 shall remain in full force and effect.

4) **THERE WILL BE NO FURTHER EXTENSION GRANTED.**

BY THE COURT:

s/Gary L. Lancaster, J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record