UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE'ANNA CALIGUIRI, CAROLE WIEDMANN, and JUSTIN KRANE, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PITTSBURGH, OFFICER SAMUEL MUOIO, and OFFICER CHRISTIAN SCIULLI, <br><br> Defendants. | Case No.: 2:07-cv-1133 <br><br> Judge Gary L. Lancaster <br><br> JURY TRIAL DEMANDED |

## ORDER

AND NOW this 2nd day of June, 2009, upon receipt of the parties Stipulation of Dismissal of Plaintiff Justin Krane, IT IS HEREBY ORDERED that Plaintiff Justin Krane is dismissed from the above-captioned matter without prejudice.

BY THE COURT:

_____
The Honorable Gary L. Lancaster
United States District Judge